UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
THE COMMUNITY PRESERVATION
CORPORATION,

                    Plaintiff,

   -against-                                           10-cv-02061-BMC

1974 REALTY ASSOCIATES,

                    Defendant.
-------------------------------------------------------x
STATE OF NEW YORK    )
                               ) ss:
COUNTY OF NEW YORK  )

## AFFIDAVIT OF SERVICE

       Mark Frankel, being duly affirmed, says: I am over the age of eighteen years, I reside in Nassau County, and am not a party herein, and that on the 13th day of May, 2010 I served a true copy of the District Court's May 7, 2010 Order to Show Cause in this action upon Steven Peddy by email to s.peddy@bhpp.com and on the 14th day of May 2010 by facsimile to Steven Peddy at 516-222-6209.

                                                                   /s/Mark Frankel

Affirmed before me this 14th
Day of May, 2010

/s/Scott Krinsky
Notary Public