UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
THE COMMUNITY PRESERVATION
CORPORATION,

                    Plaintiff,

      -against-                            10-cv-02061-BMC

1974 REALTY ASSOCIATES,

                    Defendant.
-------------------------------------------------------x
STATE OF NEW YORK    )
                        ) ss:
COUNTY OF NEW YORK  )

<u>**AFFIDAVIT OF SERVICE**</u>

        Mark Frankel, being duly affirmed, says:  I am over the age of eighteen years, I reside in Nassau County, and am not a party herein, and that on the 14th day of May, 2010 I served a true copy of the Defendant's Response to the District Court's May 7, 2010 Order to Show Cause in this action upon Steven Peddy by email to <u>s.peddy@bhpp.com</u> and by facsimile to Steven Peddy at 516-222-6209.

                                        <u>/s/Mark Frankel</u>

Affirmed before me this 14th
Day of May, 2010

<u>/s/Scott Krinsky</u>
Notary Public